*REMAND/JS-6*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4134-GW(JEMx) | Date | June 18, 2014 |
|---|---|---|---|
| Title | *Gloria Herrera, et al. v. AstraZeneca Pharmaceuticals LP et al* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING ACTION**


The case is REMANDED to the Superior Court of California, County of Los Angeles for the reasons given by Judge Walter in CV 14-4012-JFW(JPRx) (Docket No. 17) and Judge O'Connell in CV 14-4115-BRO(AGRx) (Docket No. 17).


IT IS SO ORDERED.

:
Initials of Preparer   JG